CORNELIA R. GANIARD, Respondent, *v.* THE ROCHESTER CITY AND BRIGHTON RAILROAD COMPANY, Appellant.

(Submitted March 21, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 19, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Raines Brothers* for appellant.

*W. H. Beach* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

MARY A. FERGUSON, Respondent, *v.* THE MUTUAL AID AND ACCIDENT ASSOCIATION OF ROCHESTER, N. Y., Appellant.

(Submitted March 21, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 1, 1886, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Raines Bros.* for appellant.

*T. E. Hancock* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.